UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DUANE L. BERRY *Federal Trustee* ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:21-CV-97-FL |
| SEIZED FEDERAL SECURITIES ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on pro se plaintiff's failure to respond to court order and motion to amend case caption.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 2, 2021, and for the reasons set forth more specifically therein, plaintiff's motion to amend case caption is DENIED AS MOOT and this case is dismissed WITHOUT PREJUDICE for plaintiff's failure to respond to order entered February 26, 2021.

**This Judgment Filed and Entered on April 2, 2021, and Copies To:**
Duane L. Berry (via US mail to Butner - FMC, P O Box 1600, Butner, NC 27509)

April 2, 2021      PETER A. MOORE, JR. CLERK

                                         /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk